```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

SHANE COSSEY and FRANK POWLESS,

                    Plaintiffs,

                                           No. 9:04-CV-1501
          v.                                    (FJS/GHL)

JOSEPH DAVID, Superintendent;
MR. HEATH, Deputy of Programs;
CAPTAIN JOSEPH BELARGE; AND
REVEREND J.W. PRISK,

                    Defendants.
_____


APPEARANCES:                           OF COUNSEL:

SHANE COSSEY, 04-B-1290
Plaintiff, Pro Se
Washington Correctional Facility
P.O. Box 180
Comstock, NY  12821

FRANK POWLESS, 03-B-2646
Plaintiff, Pro Se
Washington Correctional Facility
72 Lock 11 Lane
PO Box 180
Comstock, New York  12821


HON. ANDREW M. CUOMO                   MEGAN M. BROWN, ESQ.
Attorney General of the                Assistant Attorney General
 State of New York
 Counsel for Defendants
The Capitol
Albany, New York  12224
```

**FREDERICK J. SCULLIN, JR., S.J.**

## DECISION AND ORDER

The Court has reviewed Magistrate Judge George H. Lowe's August 27, 2007 Report-Recommendation and the entire file in this matter. On September 23, 2007, the Court advised the Clerk's Office to update plaintiff Powless' address and to extend his deadline to file objections to October 17, 2007.  See  Dkt. No. 56.  Thereafter, plaintiffs filed no objections to said Report-Recommendation.  Accordingly, the Court hereby

**ORDERS,** that Magistrate Judge Lowe's August 27, 2007 Report-Recommendation is **ADOPTED** in its entirety for the reasons stated therein; and the Court further

**ORDERS,** that Defendants' motion for summary judgement is **GRANTED.**

**IT IS SO ORDERED.**

DATED: October 29, 2007
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge